IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REX SHRUM,<br><br>      Plaintiff,<br>vs.<br><br>CITY OF COWETA a municipal corporation,<br>STEVEN C. WHITLOCK, and DERRICK<br>PALMER, individually,<br><br>      Defendants. | Case No. CIV 03-465-KEW |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants City of Coweta and Derrick Palmer move for summary judgment on the grounds that, based upon the uncontroverted facts in this case, Defendants are entitled to summary judgment as a matter of law. In support of their Motion for Summary Judgment, Defendants have this date filed their Brief in Support of Defendants' Motion for Summary Judgment.

ELLER AND DETRICH
A Professional Corporation

/s/ James C. Hodges
James C. Hodges, OBA #4254
Shanann Pinkham Passley, OBA #13603
Rebecca Wood Hunter, OBA #19487
2727 East 21st Street
Suite 200, Midway Building
Tulsa, Oklahoma 74114
(918) 747-8900

ATTORNEYS FOR DEFENDANTS
CITY OF COWETA AND DERRICK PALMER

## CERTIFICATE OF SERVICE

I, James C. Hodges, hereby certify that on the 3rd day of January, 2007, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James R. Moore           james.moore@moorelawok.com,
Douglas D. Vernier       doug.vernier@moorelawok.com,

I hereby certify that on the 3rd day of January, 2007, a true and correct copy of the above and foregoing was mailed with sufficient postage thereon to the following:

Douglas D. Vernier, Esq.
James Patrick Hunt, Esq.
James R. Moore, Esq.
James R. Moore & Associates
301 N.W. 63rd Street, Ste. 500
Oklahoma City, Oklahoma 73116

                                      /s/ *James C. Hodges*
                                      James C. Hodges

I:\MAG\Shrum\pleadings\MotionMSJ-07-Final.doc